**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DONALD FRANKLIN DOWD, JR., | : | No. 447 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DOMINIC J. ROSSI, ESQUIRE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 12th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.